IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRADY V. BUCKLEY,

Plaintiff,

v.

LESLIE J. MATLOCK,

Defendant.                    No. 13-cv-00229-DRH-SCW

### ORDER

**HERNDON, Chief Judge:**

 Pending now before the Court is plaintiff Brady Buckley's motion for voluntary dismissal of the action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 4). The Court **ACKNOWLEDGES** said motion and holds that the case is **DISMISSED WITH PREJUDICE.** The Clerk is directed to close the file.

 **IT IS SO ORDERED.**

Signed this 22nd day of April, 2013.

Digitally signed by
David R. Herndon
Date: 2013.04.22
09:40:42 -05'00'

**Chief Judge**
**United States District Court**