UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**BRADY V. BUCKLEY**,

    Plaintiff,

v.

**LESLIE J. MATLOCK,** *individually and in her official capacity as Chief County Assessment Officer, County of Alexander, Illinois*

    Defendant.                                No. 13-cv-229-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing case entered on April 22, 2013, 2013, this case is **DISMISSED** with prejudice.

                                             NANCY J. ROSENSTENGEL,
                                             CLERK OF COURT

                                             BY:     /s/*Sara Jennings*
                                                       **Deputy Clerk**

Dated: April 22, 2013

Digitally signed by
David R. Herndon
Date: 2013.04.22
09:42:34 -05'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT